COPY

1  Michael L. Novicoff, Esq. (SBN: 120133)
       mnovicoff@linerlaw.com
2  Daniel R. Gutenplan, Esq. (SBN: 260412)
       dgutenplan@linerlaw.com
3  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
4  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
5  Telephone:  (310) 500-3500
   Facsimile:   (310) 500-3501
6
   Attorneys for Defendants
7  Aaron Kaufman, Rick Schwartz, Machete's Chop
   Shop, Inc. and Overnight Productions, LLC

FILED
10 MAR -1  PM 1:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 224 ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AARON KAUFMAN, an individual; RICK SCHWARTZ, an individual; MACHETE'S CHOP SHOP, INC., a Texas corporation; OVERNIGHT PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 10- 01501-DSF (VBKx)<br><br>**DEMAND FOR JURY TRIAL** |

0034072/001/ 456070v01

1  Defendants Aaron Kaufman, Rick Schwartz, Machete's Chop Shop, Inc. and
2  Overnight Productions, LLC hereby demand a trial by jury of all issues and claims in
3  this action triable before a jury.

Dated: March 1, 2010

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By: _____
Michael L. Novicoff
Attorneys for Defendants

0034072/001/ 456070v01