Michael L. Novicoff, Esq. (SBN: 120133)
  mnovicoff@linerlaw.com
Daniel R. Gutenplan, Esq. (SBN: 260412)
  dgutenplan@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone:  (310) 500-3500
Facsimile:  (310) 500-3501

Attorneys for Defendants
Aaron Kaufman, Rick Schwartz, Machete's Chop Shop, Inc. and Overnight Productions, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 224 ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AARON KAUFMAN, an individual; RICK SCHWARTZ, an individual; MACHETE'S CHOP SHOP, INC., a Texas corporation; OVERNIGHT PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV10-01501 DSF (VBKx)<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO SUSPEND DEADLINES PENDING DISMISSAL**<br><br>**[PROPOSED] ORDER LODGED CONCURRENTLY**<br><br>Complaint Served: February 3, 2010<br><br>Action Removed: March 1, 2010<br><br>Scheduling Conference: June 28, 2010 |

Plaintiff 224 Entertainment, LLC ("Plaintiff") and defendants Aaron Kaufman, Rick Schwartz, Machete's Chop Shop, Inc. and Overnight Productions, LLC (collectively, "Defendants"), by and through their undersigned counsel of record, hereby respectfully report and stipulate as follows:

1.  All parties have now agreed upon the terms of a settlement to resolve this entire action, and the parties' counsel are now preparing comprehensive settlement documents to memorialize this settlement. Those documents are somewhat complex, as the action involves issues of motion picture finance.

2.  The Defendants' response to the Plaintiff's First Amended Complaint is presently due to be filed and served no later than April 27, 2010. Counsel have already met and conferred regarding that response, but now wish to stipulate to suspend further deadlines in this matter for approximately forty-five additional days in order to give them time to prepare, document and execute their settlement agreement.

3.  A Scheduling Conference is now scheduled in this Action for June 28, 2010, and the parties anticipate that this action will, pursuant to their settlement, be dismissed in its entirety before that time.

Accordingly, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

All pending deadlines in this matter are suspended until June 11, 2010.

2

| | | |
|---|---|---|
| 1 | Dated: April 19, 2010 | LAVELY & SINGER |
| 2 | | PROFESSIONAL CORPORATION |
| | | MARTIN D. SINGER |
| | | TODD S. EAGAN |

By: _/s/ Todd S. Eagan_
TODD S. EAGAN
Attorneys for Plaintiff
224 ENTERTAINMENT, LLC

Dated: April 19, 2010

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By: _/s/ Michael L. Novicoff_
Michael L. Novicoff
Daniel R. Gutenplan
Attorneys for Defendants
AARON KAUFMAN, RICK SCHWARTZ, MACHETE'S CHOP SHOP, INC. and OVERNIGHT PRODUCTIONS, LLC