**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 224 ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>  vs.<br><br>AARON KAUFMAN, an individual; RICK SCHWARTZ, an individual; MACHETE'S CHOP SHOP, INC., a Texas corporation; OVERNIGHT PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.  CV10-01501 DSF (VBKx)<br><br>**ORDER SUSPENDING DEADLINES**<br><br>Complaint Served: February 3, 2010<br><br>Action Removed: March 1, 2010<br><br>Scheduling Conference: June 28, 2010 |

0034072/001/ 462480v01

## ORDER

Having reviewed and considered the parties' Notice of Settlement and Joint Stipulation to Suspend Deadlines Pending Dismissal, dated April 19, 2010, it is HEREBY ORDERED THAT:

1. All pending deadlines in this matter are suspended until June 11, 2010, in order to provide the parties additional time to fully document their settlement.

Dated: April 19, 2010

_____
Hon. Dale S. Fischer
United States District Court Judge

2

0034072/001/ 462480v01