1  MARTIN D. SINGER, ESQ. (Bar No. 78166)
   TODD S. EAGAN, ESQ. (Bar No. 207426)
2  LAVELY & SINGER
   PROFESSIONAL CORPORATION
3  2049 Century Park East, Suite 2400
   Los Angeles, California 90067-2906
4  Telephone: (310) 556-3501
   Facsimile: (310) 556-3615
5  Email: mdsinger@lavelysinger.com
          teagan@lavelysinger.com
6
   Attorneys for Plaintiff
7  224 Entertainment, LLC

8  MICHAEL L. NOVICOFF, ESQ. (Bar No. 120133)
   LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP
9  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
10 Telephone: (310) 500-3500
   Facsimile: (310) 500-3501
11 Email: mnovicoff@linerlaw.com

12 Attorneys for Defendants
   Aaron Kaufman, Rick Schwartz,
13 Machete's Chop Shop, Inc. and
   Overnight Productions, LLC
14

15               UNITED STATES DISTRICT COURT

16               CENTRAL DISTRICT OF CALIFORNIA

17                       WESTERN DIVISION

| | |
|---|---|
| 224 ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AARON KAUFMAN, an individual; RICK SCHWARTZ, an individual; MACHETE'S CHOP SHOP, INC., a Texas corporation; OVERNIGHT PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 10-1501 DSF (VBKx)<br><br>[Hon. Dale S. Fischer]<br><br>JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL OF THE ENTIRE ACTION; [Proposed] ORDER<br><br>(Complaint Filed: January 29, 2010<br><br>Action Removed: March 1, 2010) |

TO THE COURT AND TO ALL PARTIES HEREIN:

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff 224 Entertainment, LLC ("224 Entertainment"), and Defendants Aaron Kaufman ("Kaufman"), Rick Schwartz ("Schwartz"), Machete's Chop Shop, Inc. ("MCS") and Overnight Productions, LLC ("Overnight"), through their respective counsel of record, as follows:

1. 224 Entertainment, on the one hand, and Kaufman, Schwartz, MCS and Overnight, on the other hand, (collectively the "parties") have reached a settlement of all of their respective claims and defenses in this action, and have filed a Notice of Settlement with the court.

2. The parties hereby request that this entire action now be dismissed, with prejudice, subject to the court retaining jurisdiction over the parties and the action to enforce certain provisions of the parties' settlement agreement according to its terms.

**IT IS SO STIPULATED.**

DATED: June 4, 2010

Respectfully submitted,

MARTIN D. SINGER
TODD S. EAGAN
LAVELY & SINGER
PROFESSIONAL CORPORATION

By: /s/ Todd S. Eagan
TODD S. EAGAN
Attorneys for Plaintiff
224 ENTERTAINMENT, LLC

DATED: June 4, 2010

Respectfully submitted,

MICHAEL L. NOVICOFF
LINER GRODE STEIN
YANKELEVITZ SUNSHINE
REGENSTREIF & TAYLOR, LLP

By: /s/ Michael L. Novicoff
MICHAEL L. NOVICOFF
Attorneys for Defendants
AARON KAUFMAN, RICK SCHWARTZ,
MACHETE'S CHOP SHOP, INC.,
OVERNIGHT PRODUCTIONS, LLC

2
4720-2\STIP 052610                          JOINT STIPULATION RE VOL. DISMISSAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 224 ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>AARON KAUFMAN, an individual; RICK SCHWARTZ, an individual; MACHETE'S CHOP SHOP, INC., a Texas corporation; OVERNIGHT PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV 10-1501 DSF (VBKx)<br><br>[Hon. Dale S. Fischer]<br><br>[Proposed] ORDER |

## ORDER

Upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court hereby retains jurisdiction over the parties and the action to enforce the parties' settlement agreement as expressly set forth in that agreement, and the action is otherwise dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE DALE S. FISHER
United States District Court Judge