**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| 224 ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>   Plaintiff,<br><br>  v.<br><br>AARON KAUFMAN, an individual; RICK SCHWARTZ, an individual; MACHETE'S CHOP SHOP, INC., a Texas corporation; OVERNIGHT PRODUCTIONS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>   Defendants. | **CASE NO. CV 10-1501 DSF (VBKx)**<br><br>**[Hon. Dale S. Fischer]**<br><br>**[Proposed] ORDER** |

## ORDER

Upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court hereby retains jurisdiction over the parties and the action to enforce the parties' settlement agreement as expressly set forth in that agreement, and the action is otherwise dismissed with prejudice.

IT IS SO ORDERED.

6/7/10

DATED: _____

_____
THE HONORABLE DALE S. FISHER
United States District Court Judge

6